## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Tamez, Luis R | § | Case No.  11 B 22606 |
| Tamez, Zina R | § | |
| Debtors | § | |
| | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 05/27/2011.

2)   The plan was confirmed on 09/19/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 01/23/2012.

5)   The case was converted on 01/20/2012.

6)   Number of months from filing or conversion to last payment: 7.

7)   Number of months case was pending: 13.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $16,000.00.

10)   Amount of unsecured claims discharged without full payment: $0.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,700.00 | |
| Less amount refunded to debtor | $0 | |
| **NET RECEIPTS:** | | $2,700.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,562.30 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $137.70 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,700.00 |

Attorney fees paid and disclosed by debtor    $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Wells Fargo Bank NA | Secured | $263,000.00 | $257,509.88 | $257,509.88 | $0 | $0 |
| Wells Fargo Bank NA | Secured | $20,514.43 | $20,514.43 | $20,514.43 | $0 | $0 |
| Advocate Lutheran General Health P: | Unsecured | $291.92 | NA | NA | $0 | $0 |
| Arnold Scott Harris PC | Unsecured | $4,042.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $314.62 | $314.62 | $0 | $0 |
| Associated Recovery Systems | Unsecured | $6,711.73 | NA | NA | $0 | $0 |
| Best Practices Of Northwest SC | Unsecured | $12.45 | NA | NA | $0 | $0 |
| Best Practices Of Northwest SC | Unsecured | $22.95 | NA | NA | $0 | $0 |
| Blatt Hasenmiller Leibsker & Moore | Unsecured | $7,502.35 | NA | NA | $0 | $0 |
| Blitt & Gaines | Unsecured | $34,150.19 | NA | NA | $0 | $0 |
| BMO Harris Bank | Unsecured | $64,357.00 | $70,624.19 | $70,624.19 | $0 | $0 |
| Candica LLC | Unsecured | $1,148.87 | $1,336.08 | $1,336.08 | $0 | $0 |
| Capital Management | Unsecured | $782.78 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | NA | $2,359.24 | $2,359.24 | $0 | $0 |
| CB Accounts Collections | Unsecured | $551.97 | NA | NA | $0 | $0 |
| Chase Bank USA NA | Unsecured | $176.00 | $811.02 | $811.02 | $0 | $0 |
| Chase Bank USA NA | Unsecured | $154.99 | $16,595.52 | $16,595.52 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Children's Memorial Hospital | Unsecured | $232.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | $4,042.40 | $4,042.40 | $0 | $0 |
| CMMG Medical | Unsecured | $33.30 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $891.38 | $1,261.46 | $1,261.46 | $0 | $0 |
| CR Evergreen LLC | Unsecured | NA | $782.78 | $782.78 | $0 | $0 |
| Dover Park Apartments | Unsecured | $10,554.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $13,536.96 | $13,536.96 | $0 | $0 |
| First Source Bank | Unsecured | $6,711.73 | NA | NA | $0 | $0 |
| Frederick J Hanna & Assoc | Unsecured | $7,191.12 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $509.30 | NA | NA | $0 | $0 |
| IC Systems Inc | Unsecured | $2,728.11 | NA | NA | $0 | $0 |
| ICS Collection Service | Unsecured | $33.30 | NA | NA | $0 | $0 |
| Jacob Collection Group LLC | Unsecured | $334.63 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $2,731.29 | $2,827.74 | $2,827.74 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $7,314.26 | $7,314.26 | $0 | $0 |
| Kamal Patel MD | Unsecured | $41.65 | NA | NA | $0 | $0 |
| Kurt Olsen | Unsecured | $612.00 | NA | NA | $0 | $0 |
| LHR Inc | Unsecured | $8,693.44 | $8,954.79 | $8,954.79 | $0 | $0 |
| Malcolm S Gerald & Assoc | Unsecured | $505.07 | NA | NA | $0 | $0 |
| Michael Fine | Unsecured | $16,595.52 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $10,000.00 | $6,123.60 | $6,123.60 | $0 | $0 |
| Midland Credit Management | Unsecured | NA | $5,242.08 | $5,242.08 | $0 | $0 |
| Midland Credit Management | Unsecured | $761.62 | $817.02 | $817.02 | $0 | $0 |
| Midstate Collection | Unsecured | $441.20 | NA | NA | $0 | $0 |
| MiraMed Revenue Group, LLC | Unsecured | $27.18 | NA | NA | $0 | $0 |
| MRS Associates, Inc | Unsecured | $5,233.50 | NA | NA | $0 | $0 |
| NAFS | Unsecured | $811.02 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $315.27 | $951.13 | $951.13 | $0 | $0 |
| Northland Group Inc | Unsecured | $2,658.77 | NA | NA | $0 | $0 |
| Northwest Community Hospital | Unsecured | $106.89 | $2,817.52 | $2,817.52 | $0 | $0 |
| Northwest Heart Specialist | Unsecured | $232.65 | NA | NA | $0 | $0 |
| Northwest Medical Clinic | Unsecured | $210.65 | NA | NA | $0 | $0 |
| Parkside OB/GYNE | Unsecured | $325.70 | NA | NA | $0 | $0 |
| Physicians Immediate Care | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Portfolio Investments I LLC | Unsecured | NA | $387.72 | $387.72 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $331.87 | $331.87 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $505.07 | $505.07 | $505.07 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Professional Bureau Collection | Unsecured | $263.52 | NA | NA | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $75.58 | NA | NA | $0 | $0 |
| RES Immediate Care | Unsecured | $21.65 | NA | NA | $0 | $0 |
| Richard J Daley Center | Unsecured | $1,565.00 | NA | NA | $0 | $0 |
| RMS | Unsecured | $579.64 | NA | NA | $0 | $0 |
| State Collection Service | Unsecured | $22.65 | NA | NA | $0 | $0 |
| Tramsworld Systems | Unsecured | $3,585.00 | NA | NA | $0 | $0 |
| Village Of Mt Prospect Water | Unsecured | $219.00 | $430.52 | $430.52 | $0 | $0 |
| William F Puga MD & Assoc | Unsecured | $801.20 | NA | NA | $0 | $0 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $257,509.88 | $0 | $0 |
| Mortgage Arrearage | $20,514.43 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $278,024.31 | $0 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $148,367.59 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

|  |  |  |
|---|---|---|
| Expenses of Administration | $2,700.00 | |
| Disbursements to Creditors | $0 | |
| **TOTAL DISBURSEMENTS:** | | $2,700.00 |

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: June 29, 2012                    By:  /s/ MARILYN O. MARSHALL
                                                                Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)